██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

JOHNNY L. WEST, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Lowery, JJ.